DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARYN HALL YOST-RUDGE,**
Appellant,

v.

**A to Z PROPERTIES, Inc.,** a Florida Corporation,
Appellee.

No. 4D19-1174

[August 15, 2019]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 2016CA000484.

Caryn Hall Yost-Rudge, Stuart, pro se.

Michael J. Mortell, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***